UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MERCY S. CONSTANTINO, et al. | Case No. 2:17-cv-01331-JCM-NJK |
| Petitioner(s), | |
| v. | ORDER |
| JEANNE M. KENT, et al., | |
| Respondent(s). | |

Pursuant to 28 U.S.C. § 1915 Petitioners are proceeding in this action *pro se* and have requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Petitioners also submitted a petition for a writ of mandamus. Docket No. 1-1.

Petitioners have submitted the affidavit required by § 1915(a). Docket No. 1. However, Petitioners are required to each submit an application and cannot submit one application on behalf of both of them. 28 U.S.C. § 1915. Therefore, the Court **DENIES** without prejudice Petitioners' application for leave to proceed *in forma pauperis*. Docket No. 1. The Clerk of Court shall retain the petition.

//

//

//

//

//

Accordingly,

IT IS ORDERED:

1. Petitioners' Application to Proceed *In Forma Pauperis* is **DENIED** without prejudice. The Clerk of Court shall mail Petitioners two blank applications, and Petitioners shall have until January 22, 2018 to pay the $400 filing fee or to each submit a completed application. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Petitioners' petition for writ of mandamus.

IT IS SO ORDERED.

Dated: December 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge