UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MERCY S. CONSTANTINO, et al.<br><br>                Petitioner(s),<br><br>v.<br><br>JEANNE M. KENT, et al.,<br><br>                Respondent(s). | Case No. 2:17-cv-01331-JCM-NJK<br><br>REPORT AND<br>RECOMMENDATION |

On December 21, 2017, the Court denied without prejudice Petitioners' application to proceed *in forma pauperis*. Docket No. 3. The Court ordered Petitioners to either pay the filing fee or to each file a completed application to proceed *in forma pauperis*, no later than January 22, 2018. *See id.* at 2. The Court expressly warned Petitioners that "[f]ailure to comply with [the] order will result in a recommendation to the district judge for dismissal." *Id.* Notwithstanding that explicit warning, Petitioners have not complied.

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: May 15, 2018

                                                                                                                  _____<br>
                                                                                                                  NANCY J. KOPPE<br>
                                                                                                                  United States Magistrate Judge